IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01580-REB-KLM

AUTO-OWNERS INSURANCE COMPANY, a Michigan corporation,

    Plaintiff,

v.

NEXT GENERATION ENERGY, LLC, a Colorado limited liability company,
KREUTZMAN CONSTRUCTION, INC., a Colorado corporation,
DAVID KREUTZMAN, an individual,
STEPHEN MENDEZ, an individual, and
LAURA MENDEZ, an individual,

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Defendants Next Generation Energy, LLC, Kreutzman Construction, Inc., and David Kreutzman's opposed **Motion for a Stay** [#17] (the "Motion"). On September 29, 2014, these Defendants filed an amended Motion for a Stay [#25]. Accordingly,

    IT IS HEREBY **ORDERED** that the Motion [#17] is **DENIED as moot**.[1]

    Dated:  September 29, 2014

---

[1] The above-named Defendants filed a Notice of Withdrawal of Their Motion for a Stay [#20] on September 26, 2014. In the future, the parties should file a motion requesting the Court to permit withdrawal of a pending motion.