## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## Judge Robert E. Blackburn

Civil Action No. 14-cv-01580-REB-KLM

AUTO-OWNERS INSURANCE COMPANY, a Michigan corporation,

    Plaintiff,

v.

NEXT GENERATION ENERGY, LLC, a Colorado limited liability company,
KREUTZMAN CONSTRUCTION, INC., a Colorado corporation,
DAVID KREUTZMAN, an individual,
STEPHEN MENDEZ, an individual, and
LAURA MENDEZ, an individual,

    Defendants.

## MINUTE ORDER[1]

The matter before the court is the **Unopposed Motion To File Amended Complaint** [#38][2] filed December 1, 2014. After reviewing the motion, the file, and the record, it is

**ORDERED** as follows:

1. That the **Unopposed Motion To File Amended Complaint** [#38] filed December 1, 2014, is **GRANTED**;

2. That on or before December 5, 2014, the plaintiff **SHALL FILE** a copy of its second amended complaint, as shown in Exhibit 1 [#38-1] to the motion;

3. That when filed, the second amended complaint **SHALL NOT** include the editing marks shown in Exhibit 1 [#38-1] to the motion.

Dated:    December 2, 2014.

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.

[2] "[#38]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.