IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01580-REB-KLM

AUTO-OWNERS INSURANCE COMPANY, a Michigan corporation,

    Plaintiff,

v.

NEXT GENERATION ENERGY, LLC, a Colorado limited liability company,
KREUTZMAN CONSTRUCTION, INC., a Colorado corporation,
DAVID KREUTZMAN, an individual,
STEPHEN MENDEZ, an individual, and
LAURA MENDEZ, an individual,

    Defendants.

_____

**MINUTE ORDER**
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's **Unopposed Motion for Leave to File Third Amended Complaint** [#47] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion [#47] is **GRANTED**. Plaintiff shall file a non-redlined version of the Third Amended Complaint **on or before April 27, 2015**.[1]

    Dated:  April 22, 2015

---

[1] Plaintiff only submitted a redlined version of the Third Amended Complaint with the Motion.