IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01580-REB-KLM

AUTO-OWNERS INSURANCE COMPANY, a Michigan corporation,

    Plaintiff,

v.

NEXT GENERATION ENERGY, LLC, a Colorado limited liability company,
KREUTZMAN CONSTRUCTION, INC., a Colorado corporation,
DAVID KREUTZMAN, an individual,
STEPHEN MENDEZ, an individual, and
LAURA MENDEZ, an individual,

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the parties' **Joint Motion to Amend Scheduling Order Per Minute Order Entered June 8, 2015 (Dkt. No. 56)** [#57] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion [#57] is **GRANTED in part**. The Scheduling Order is amended to extend the following deadlines:

| | |
|---|---|
| Exchange of Rule 26(a)(1) Disclosures | **June 26, 2015** |
| Affirmative Expert Disclosure Deadline | **December 22, 2015** |
| Rebuttal Expert Disclosure Deadline | **January 13, 2016** |
| Discovery Deadline | **February 5, 2016** |
| Dispositive Motions Deadline | **March 7, 2016** |
| Rule 702 Motions Deadlines | **April 6, 2016** |

    To the extent the parties seek to have the Final Pretrial Conference, Trial Preparation Conference, and Trial dates reset on the District Judge's calendar, they shall file a separate motion.

    Dated:  June 30, 2015