## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Judge Robert E. Blackburn

AUTO-OWNERS INSURANCE COMPANY, a Michigan corporation,

    Plaintiff,

v.

NEXT GENERATION ENERGY, LLC, a Colorado limited liability company,
KREUTZMAN CONSTRUCTION, INC., a Colorado corporation,
DAVID KREUTZMAN, an individual, and
STEPHEN AND LAURA MENDEZ, an individual,

    Defendants.

---

### ORDER APPROVING STIPULATION OF DISMISSAL
### OF CERTAIN CLAIMS AS TO CERTAIN DEFENDANTS

---

**Blackburn, J.**

This matter is before me on the **Joint Stipulation for Partial Dismissal** [#64][1]

filed August 10, 2015.  After reviewing the stipulation and the record, I conclude that

the stipulation should be approved.

**THEREFORE, IT IS ORDERED** as follows:

1.  That the **Joint Stipulation for Partial Dismissal** [#64] filed August 10, 2015,

is approved;

2.  That the claim of the plaintiff against defendants, Stephen Mendez and Laura

Mendez, is dismissed with prejudice;

3.  That concerning the claim of the plaintiff against defendants, Stephen Mendez

and Laura Mendez, each party shall bear its own attorney fees and costs; and

---

[1]   "[#64]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

4.  That defendants, Stephen Mendez and Laura Mendez, are dropped as

defendants in this action, and the caption shall be amended accordingly.

Dated August 11, 2015, at Denver, Colorado.

**BY THE COURT:**

Robert E. Blackburn
United States District Judge