**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 14-cv-01580-REB-KLM

AUTO-OWNERS INSURANCE COMPANY, a Michigan corporation,

      Plaintiff,

v.

NEXT GENERATION ENERGY, LLC, a Colorado limited liability company,
KREUTZMAN CONSTRUCTION, INC., a Colorado corporation, and
DAVID KREUTZMAN, an individual,

      Defendants.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter is before me on the **Joint Stipulation for Dismissal with Prejudice** [#68][1] filed September 24, 2015.  After careful review of the stipulation and the file, I conclude that the stipulation should be approved and that the parties' respective claims against each other should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Joint Stipulation for Dismissal with Prejudice** is approved;

2. That the claims of the plaintiff against defendants, David Kreutzman, Next Generation Energy, LLC, and Kreutzman Construction, Inc. ("Kreutzman Defendants"), are dismissed with prejudice;

3. That the counterclaims of the defendant, Next Generation Energy, LLC, and

---

[1] "[#68]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

the Kreutzman Defendants against the plaintiff, Auto-Owners Insurance Company, are dismissed with prejudice;

    4. That the combined Trial preparation Conference and Final Pretrial Conference set October 16, 2015, is vacated;

    5. That the trial by jury set to commence November 2, 2015, is vacated;

    6. That the parties shall pay their own attorney fees and costs;

    7. That the **Joint Motion To Vacate and Reset the Trial Date and Motion To Vacate and Reset the Final Pretrial Hearing** [#61] filed July 21, 2015, is denied as moot; and

    8. That this case is closed.

Dated September 30, 2015, at Denver, Colorado.

                                                **BY THE COURT:**

*/s/ Bob Blackburn*
Robert E. Blackburn
United States District Judge